## 38031. EVANS v. NEAL et al.
## 38046. NEAL v. EVANS.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED NOVEMBER 19, 1981.

*Lawson E. Thompson,* for Evans.
*Walter A. Smith, Spencer Connerat,* for appellants (case no. 38031).
*Walter A. Smith,* for appellant (case no. 38046).